

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00495-CR

The **STATE** of Texas,
Appellant

v.

Jose **HERNANDEZ**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CR-10524-02
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED, and Jose Hernandez's "Emergency Motion to Rescind the Trial Court's Order and Response to State's Motion to Dismiss" is DENIED.

SIGNED September 24, 2025.

_____
Rebeca C. Martinez, Chief Justice